09/12/05 MON 15:39 FAX 818 528 7620        STEINBRECHER AND ASSOC.A         **FILED** 

SEP 1 4 2005

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Nancy Desmairis, et al.

CASE NO. C05-02206 MHP

Plaintiff(s),

v.

National Railroad, aka AMTRAK

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE) (ADR L.R. 5)
  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  ✓  Private ADR *(please identify process and provider)* _____
Provider to be determined.

The parties agree to hold the ADR session by:
  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  other requested deadline _____

Dated: 9/12/05

_____
Attorney for Plaintiff

Dated: 9/12/05

_____
Attorney for Defendant

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
  Mediation
  Private ADR

Deadline for ADR session
  90 days from the date of this order.
  other

☒ The parties shall designate and file their designation of the mediator within twenty (20) days of the date of this order.

IT IS SO ORDERED.

Dated: 9/14/05

_____
UNITED STATES ~~MAGISTRATE~~ District Court JUDGE