B. CLYDE HUTCHINSON, 037526
AN H. NGUYEN, 215453
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY DES MARAIS, individually and as successor in interest to Leonard Scott Des Marais; DAN McPHERSON, an individual; DEBORAH McPHERSON, an individual; and MARCIE SOLOMON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, aka AMTRAK, a District of Columbia Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C 05 02206 MHP<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE— EACH PARTY TO BEAR THEIR OWN COSTS** |

Plaintiffs NANCY DES MARAIS, DAN McPHERSON, DEBORAH McPHERSON, and MARCIE SOLOMON, and Defendant NATIONAL RAILROAD PASSENGER CORPORATION, by and through their counsel of record hereby stipulate that the above-captioned action be and hereby is dismissed with prejudice as to Defendant NATIONAL RAILROAD PASSENGER

///

///

///

///

///

CORPORATION pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear their own costs.

DATED: December 2, 2005          LOMBARDI, LOPER & CONANT, LLP

By: /s/ An H Nguyen
AN H. NGUYEN
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

DATED: December 2, 2005          STEINBRECHER AND ASSOCIATES

By: /s/ Mark Lieber
MARK LIEBER
Attorneys for Plaintiffs
NANCY DES MARAIS, DAN McPHERSON,
DEBORAH McPHERSON and MARCIE SOLOMON

**ORDER**

IT IS SO ORDERED.

DATED: Dec. 21, 2005

By: _____
U.S. District Court Judge